Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number

KARY R. KUMP, BAR NO. 103335
LAW OFFICES OF FARLEY & KUMP, LLP
570 POLI ST.//P.O. BOX 2480
VENTURA, CA 93002-2480

☐ *Individual appearing without counsel*
☒ *Attorney for Movant*

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: CHARLES BRICKMAN, MICHELLE BRICKMAN

Debtor(s).

CHAPTER: 11

CASE NO.: 1:09-bk-22817-MT

DATE: MARCH 11, 2010
TIME: 9:30A.M.
CTRM: 302
FLOOR: 3RD

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER THE POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 BY ONEWEST BANK, FSB AS ATTORNEY IN FACT)

1. The Motion was:    ☐ Contested    ☐ Uncontested    ☒ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address: 5142 TOPANGA CANYON BLVD.*
    *Apartment/Suite No.:*
    *City, State, Zip Code: WOODLAND HILLS, CA 91364*

    Legal description or document recording number (including county of recording):
    LOT 328 OF TRACT NO. 6170, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65 PAGES 58 TO 62 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

3. The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.    ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.    ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                    **F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) — Page 2 of 5

| In re: CHARLES BRICKMAN, MICHELLE BRICKMAN | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-BK-22817-MT |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

    d. ☒ See attached continuation page for additional provisions.

Dated: 3/10/10

_____
UNITED STATES BANKRUPTCY JUDGE

Approved as to form and content

_____
Gerald Wolfe, attorney for debtors

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

| In re: CHARLES BRICKMAN, MICHELLE BRICKMAN | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-22817-MT |

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT:  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER THE POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 BY ONEWEST BANK, FSB AS ATTORNEY IN FACT )

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☒ The Debtor(s) tendered payments at the hearing in the amount of $3,221.48.

2. ☒ The Debtor(s) shall make regular monthly payments in the amount of $3,221.48 commencing 4/1/10.  The amount of these payments may be subject to change under the terms of the parties' original agreements.  All payments due Movant hereunder shall be paid to Movant at the following address:

   _____ONEWEST BANK, FSB_____

   _____P.O. BOX 78826_____

   _____PHOENIX, AZ 85062_____

   _____LOAN #XXXXXX7888//BRICKMAN_____

3. ☒ The Debtor(s) shall cure the postpetition default computed through 3/1/10 in the sum of $12,885.92  as follows:

   a. ☐ In equal monthly installments of $_____each commencing_____ and continuing thereafter through and including _____,

   b. ☒ By paying the sum of $3,221.48 on or before 3/2/10,

   c. ☒ By paying the sum of $9,664.44 on or before 4/30/10,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date):*
   Disclosure Statement shall be approved on or before *(specify date):*
   The Plan shall be confirmed on or before *(specify date):*

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s).  If Debtor(s) fails to cure the default within 14 days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 5 of 5

| In re: CHARLES BRICKMAN, MICHELLE BRICKMAN | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-22817-MT |

b.  ☒  Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

c.  ☐  The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

7.  ☐  Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of _____ (number) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8.  ☐  The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9.  ☒  If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10.  ☒  Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11.  ☒  Other (specify):   The Debtors real property located at 1 Colt Lane, Bell Canyon, CA 91307 is to be listed and sold as soon as possible and debtor is to then use the sale proceeds from Colt Lane to reinstate Movant's loan in its entirety within seven (7) days of the distribution of sale proceeds.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*
**F 4001-10.RP**

| In re: CHARLES BRICKMAN, MICHELLE BRICKMAN | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-22817-MT |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C § (REAL PROPERTY) SETTLED BY STIPULATION</u> was entered on the date indicated as ʌEnteredʌ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ʌNEFʌ)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>1/19/10</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

U.S.TRUSTEE:  USTPREGION16.WH.ECF@USDOJ.GOV
DEBTOR'S ATTORNEY:  GERALD WOLFE – GERALD@GWESQ.COM
ATTORNEY FOR MOVANT:  Dolores@jfarley.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
DEBTOR:  CHARLES & MICHELLE BRICKMAN – 1 COLT LANE – BELL CANYON, CA 91307
PARTIES IN INTEREST:  IRS – PO BOX 21126 – PHILADEPHIA, PA 19116
   CHASE BANK USA NA – PO BOX 15145 – WILMINGTON, DE 19850-5145

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an ʌEnteredʌ stamp, the party lodging the judgment or order will serve a complete copy bearing an ʌEnteredʌ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.